UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-09-1005 |
| GERONIMO SALVADOR SANTOS-NUEZ | | |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about July 25, 2009, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**GERONIMO SALVADOR SANTOS-NUEZ,**

an alien who had previously been denied admission, excluded, deported, and removed, after having been convicted of an aggravated felony, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Section 1326(a) and 1326(b).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

TIM JOHNSON
UNITED STATES ATTORNEY

_____
ANGEL CASTRO
Assistant United States Attorney