UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 4 2010

Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. No. B-09-1005 |
| GERONIMO SALVADOR SANTOS-NUEZ | § § § | |

### ORDER

The Ex Parte Motion of the Federal Public Defender to Withdraw from the appellate representation of the above-named defendant and for the Court to appoint substitute appellate counsel is GRANTED.

The Federal Public Defender is hereby relieved of any further representation of defendant. The Court hereby appoints __KIMBERLY S. KELLER__ to represent the defendant on appeal.

IT IS SO ORDERED.

SIGNED this ____ day of __July__, 2010.

_____
UNITED STATES DISTRICT JUDGE