```
 1                   IN THE UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF TEXAS
 2                         BROWNSVILLE DIVISION

 3   _____
                                     )
 4   UNITED STATES OF AMERICA        ) CRIMINAL ACTION NOS.
                                     ) B-09-1005 AND
 5   VS.                             ) B-10-52
                                     )
 6   GERONIMO SALVADOR SANTOS-NUEZ   ) 2:05 P.M. TO 2:06 P.M.
     _____)
 7
         CALL FOR SENTENCING AND REVOCATION OF SUPERVISED RELEASE
 8                   BEFORE THE HONORABLE HILDA G. TAGLE
                            JANUARY 20, 2010
 9
     APPEARANCES:
10
     For the Government:          MR. ANGEL CASTRO
11                                Assistant United States Attorney
                                  600 East Harrison, Suite 201
12                                Brownsville, Texas  78520

13   For the Defendant:           MR. RUDY RODRIGUEZ
                                  Assistant Federal Public Defender
14                                600 East Harrison, Suite 102
                                  Brownsville, Texas  78520
15
     Transcribed by:              HEATHER HALL
16                                Official Court Reporter
                                  600 East Harrison, Box 16
17                                Brownsville, Texas  78520
                                  (956)548-2510
18

19

20   Proceedings recorded by mechanical stenography, transcript
     produced by computer.
21

22      THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC EXPENSE UNDER
        THE CRIMINAL JUSTICE ACT AND MAY BE USED ONLY AS AUTHORIZED
23      BY COURT ORDER.  UNAUTHORIZED REPRODUCTION WILL RESULT IN
        AN ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN ORIGINAL
24      AND ONE COPY AT THE OFFICIAL RATE.  General Order 94-15,
        United States District Court, Southern District of Texas.
25
```

1      *(Call to Order of the Court; defendant not present.)*

2           THE COURT:  Good afternoon.  Please be seated.

3           All right.  At this time the Court calls 09-CR-1005,

4  the United States -- excuse me.  That's 09-CR-1005 and 10-CR-52,

5  the *United States of America versus Geronimo Salvador*

6  *Santos-Nuez.*

7           What says the government?

8           MR. CASTRO:  Angel Castro for the government.  Ready,

9  Your Honor.

10          THE COURT:  What says the defendant?

11          MR. RODRIGUEZ:  Your Honor, Rudy Rodriguez.  We're not

12 ready.  We're asking for a one-week continuance.  I received

13 some documents that would support my motion for a downward

14 departure, and I ask for a one-week continuance to have the

15 transcript --

16          THE COURT:  I'm sorry.  You have received them, but

17 they need to be translated?

18          MR. RODRIGUEZ:  Yes, Your Honor.

19          THE COURT:  What says the government?

20          MR. CASTRO:  No objection, Your Honor.

21          THE COURT:  Granted.

22                              * * *

23     *(End of requested transcript.)*

24                              -oOo-

25          I certify that the foregoing is a correct transcript

1  from the record of proceedings in the above matter.

2

3  Date:   March 12, 2010

4                                    /s/ Heather Hall

5                                    Signature of Court Reporter