```
                    IN THE UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF TEXAS
                          BROWNSVILLE DIVISION

_____
                                        )
UNITED STATES OF AMERICA                )
                                        ) CRIMINAL ACTION NOS.
VS.                                     ) B-09-1005 AND
                                        ) B-10-52
GERONIMO SALVADOR SANTOS-NUEZ           )
_____) 1:37 P.M. TO 1:37 P.M.

         CALL FOR SENTENCING AND REVOCATION OF SUPERVISED RELEASE
                    BEFORE THE HONORABLE HILDA G. TAGLE
                              JANUARY 7, 2010

APPEARANCES:

For the Government:         MR. ANGEL CASTRO
                            Assistant United States Attorney
                            600 East Harrison, Suite 201
                            Brownsville, Texas  78520

For the Defendant:          MR. RUDY RODRIGUEZ
                            Assistant Federal Public Defender
                            600 East Harrison, Suite 102
                            Brownsville, Texas  78520

Transcribed by:             HEATHER HALL
                            Official Court Reporter
                            600 East Harrison, Box 16
                            Brownsville, Texas  78520
                            (956)548-2510


Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

**THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC EXPENSE UNDER THE CRIMINAL JUSTICE ACT AND MAY BE USED ONLY AS AUTHORIZED BY COURT ORDER. UNAUTHORIZED REPRODUCTION WILL RESULT IN AN ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN ORIGINAL AND ONE COPY AT THE OFFICIAL RATE. General Order 94-15, United States District Court, Southern District of Texas.**

1      *(The Court heard other matters; defendant not present.)*
2              THE COURT:  09-CR-1005 and zero -- I'm not sure
3      whether it's 00-CR-52.
4              What is the correct cause number, Stella, on the
5      revocation?
6              THE CASE MANAGER:  It should be --
7              THE COURT:  Oh, that's right.  We're -- also our cause
8      number 10-CR-52, the *United States of America versus Geronimo*
9      *Salvador Santos-Nuez*.
10             What says the government?
11             MR. CASTRO:  Angel Castro for the government.  Ready,
12     Your Honor.
13             THE COURT:  What says the defendant?
14             MR. RODRIGUEZ:  Rudy Rodriguez.  We're not ready,
15     Your Honor.  It's my understanding that probation has just filed
16     a transfer of jurisdiction on a revocation he has not been
17     initialed on yet.
18             Further, Your Honor, I just made contact with a
19     witness, a police detective, that relates to my motion for
20     downward departure.  I would ask for one week, Your Honor.
21             THE COURT:  What says the government?
22             MR. CASTRO:  No objection, Your Honor.
23             THE COURT:  Granted.
24                               * * *
25         *(End of requested transcript.)*

-oOo-

I certify that the foregoing is a correct transcript from the record of proceedings in the above matter.

Date: March 12, 2010

/s/ Heather Hall

Signature of Court Reporter