```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE SOUTHERN DISTRICT OF TEXAS

 3                       BROWNSVILLE DIVISION

 4
   UNITED STATES OF AMERICA                   B-09-CR-1005
 5

 6
   VS.                                        August 26, 2009
 7                                            Brownsville, Texas
                                              9:18 a.m.
 8
   GERONIMO SALVADOR SANTOS-NUEZ
 9       Defendant

10
                            ARRAIGNMENT
11
                 BEFORE THE HONORABLE FELIX RECIO
12
                   UNITED STATES MAGISTRATE JUDGE
13

14 APPEARANCES:

15
   For the United States               Israel Cano, AUSA
16                                     U. S. Attorney's Office
                                       600 E. Harrison
17                                     Suite 201
                                       Brownsville, Texas 78520
18                                     956.548.2554

19 For Defendant Jesus Ramirez-Diaz    Rudy Rodriguez, AFPD
      and Defendant Geronimo Salvador  Assistant Federal Public
20    Santos-Nuez                          Defender
                                       600 E. Harrison
21                                     Suite 102
                                       Brownsville, Texas 78520
22                                     956.548.2573

23 Court Clerk                         Sally Garcia

24 Interpreter                         Fred Kowalski

25
   Proceedings from official electronic sound recording;
   transcript produced by court approved transcriber.

   DIGITAL SCROLL TRANSCRIPTION                    281.648.0248
```

| | | |
|---|---|---|
| 1 | Electronic Recording Operator | Balvina Campos-Guajardo |
| 2 | | 600 E. Harrison |
| | | Suite 101 |
| 3 | | Brownsville, Texas  78520 |
| | | 956.548.2580 |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

1         (Proceedings through Interpreter.)
2             THE COURT:  All right.  Let's have B-09-994, Jesus
3    Ramirez-Diaz.
4                Sally, would you call housekeeping?  It's very
5    hot to me in here today.
6                Also, let me have B-09-1005, Geronimo Salvador
7    Santos-Nuez.  Those are the only two you have, Mr. Rodriguez?
8             MR. RODRIGUEZ:  They are, Your Honor.
9             THE COURT:  All right.  Mr. Ramirez and Mr. Santos,
10   since the last time the two of you were in Court have you had
11   any mental problems or disorders of any kind?
12
13             Mr. Ramirez?
14            DEFENDANT RAMIREZ-DIAZ:  No.
15            THE COURT:  Mr. Santos?
16            DEFENDANT SANTOS-NUEZ:  No.
17            THE COURT:  Are either of you taking any medications
18   at this time?
19             Mr. Ramirez?
20            DEFENDANT RAMIREZ-DIAZ:  No.
21            THE COURT:  Mr. Salvador?
22            DEFENDANT SANTOS-NUEZ:  Yes.  I'm taking medication,
23   but it does not affect my mind.
24            THE COURT:  Okay.  Have the two of you seen or have
25   you received copies of the charges that were filed against

```
 1  you?
 2            Mr. Ramirez?
 3       DEFENDANT RAMIREZ-DIAZ:  Yes.
 4       THE COURT:  Mr. Santos?
 5       DEFENDANT SANTOS-NUEZ:  Yes.
 6       THE COURT:  And have you discussed those charges,
 7  with – did I already ask that question?
 8       MR. RODRIGUEZ:  No, Your Honor.
 9       THE COURT:  Did you discuss those charges with your
10  attorney?
11            Mr. Ramirez?
12       DEFENDANT RAMIREZ-DIAZ:  Yes.
13       THE COURT:  Mr. Santos?
14       DEFENDANT SANTOS-NUEZ:  Yes.
15       THE COURT:  Do each of you understand the charges
16  that were filed against you?
17            Mr. Ramirez?
18       DEFENDANT RAMIREZ-DIAZ:  Yes.
19       THE COURT:  Mr. Santos?
20       DEFENDANT SANTOS-NUEZ:  Yes.
21       THE COURT:  Mr. Rodriguez, are you satisfied that
22  your clients, Ramirez and Santos, are both competent and able
23  to assist you in their defense?
24       MR. RODRIGUEZ:  Yes, Your Honor.
```

1          THE COURT:  Would you like me to read the charges
2   against each one of you?
3          MR. RODRIGUEZ:  We'll waive the reading in both cases
4   and enter a plea of not guilty in both cases, Your Honor.
5          THE COURT:  Attorneys, I am going to give you your
6   scheduling order.  Attorneys will file their motions by
7   September 4, 2009, and will respond to those motions by
8   September 11.  We'll conduct hearings on those motions
9   September 17 at one-thirty in the afternoon.  Final pretrial
10  is scheduled for September 29 at one-thirty in the afternoon.
11  And jury selection is scheduled for October 1, 2009, at nine
12  o'clock in the morning.
13          We'll send you copies electronically.
14          MR. RODRIGUEZ:  Thank you, Your Honor.
15          THE COURT:  Thank you.
16          MR. RODRIGUEZ:  May I be excused, Your Honor?
17          THE COURT:  Yes, sir.
18       (Proceedings concluded at 9:20 a.m.)
19
20
21
22
23
24
25

DIGITAL SCROLL TRANSCRIPTION                         281.648.0248

6

1          UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF TEXAS

3              BROWNSVILLE DIVISION

4

5     I, court approved transcriber, certify that the foregoing

6  is a correct transcript from the official electronic sound

7  recording of the proceedings in the above-entitled matter.

8

9  /s/ Linda Griffin                           March 13, 2010
   Digital Scroll Transcription                     Date

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DIGITAL SCROLL TRANSCRIPTION                              281.648.0248